UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS,<br><br>              Petitioner,<br><br>v.<br><br>HARSCO CORPORATION d/b/a HARSCO INFRASTRUCTURE AMERICAS, a/k/a HARSCO INFRASTRUCTURE,<br><br>              Respondent. | 18-cv-05935 (AKH)<br><br>STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO Fed. R. Civ. P. 41(a)(1)(A)(ii) & 41(c) |

The parties hereby stipulate and agree that this action is hereby dismissed without prejudice and without costs pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and 41(c).

Dated: New York, New York
         January 15, 2019

Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

/s/ Timothy C. Kamin
Timothy C. Kamin
1243 N. 10th Street, Suite 200
Milwaukee, WI 53205
Tel: 414.239.6403
timothy.kamin@ogletree.com
*Attorneys for Respondent*

Spivak Lipton LLP

Lydia Sigelakis
1700 Broadway, 21st Floor
New York, NY 10019
Tel: 212-765-2100
lsigelakis@spivaklipton.com
*Attorneys for Petitioner*